# Court of Appeals
## Tenth Appellate District of Texas

### 10-26-00264-CR

In re David Dwayne Hernandez

### Original Proceeding

JUSTICE HARRIS delivered the opinion of the Court.

## MEMORANDUM OPINION

In his petition for writ of mandamus, filed on July 1, 2026, David Dwayne Hernandez seeks to compel the court reporter to deliver transcripts Hernandez has requested. As a court of appeals, we only have jurisdiction to issue a writ of mandamus against a judge; we do not have jurisdiction to issue a writ of mandamus against a court reporter. *See* TEX. GOV'T CODE § 22.221(b); *Lesikar v. Anthony*, 750 S.W.2d 338, 339 (Tex. App.—Houston [1st Dist.] 1988, orig. proceeding).

Accordingly, this petition is dismissed for want of jurisdiction.

_____

LEE HARRIS
Justice

OPINION DELIVERED and FILED:  July 13, 2026

Before Chief Justice Johnson,
      Justice Smith, and
      Justice Harris
Dismissed
Do Not Publish
OT06

